Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Med Care Emergency Medical Services, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas, Mcallen Division |
| Case number (if known): | 18-70408 |

☑ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Advantage Funding One Marcus Avenue Lake Success, NY 11042 | Advantage Funding | Vehicle Lease | | $126,785.01 | $36,600.00 | $90,185.01 |
| 2 | Ally P.O. Box 9001948 Louisville, KY 40290 | Ally | Lien on titles | | $27,682.00 | $21,975.00 | $5,707.00 |
| 3 | Internal Revenue Service Bankruptcy Specialist Keri Templeton 300 E. 8th Street, M/S5026-AUS Austin, TX 78701 | Internal Revenue Service | Taxes | | | | $1,734,895.49 |
| 4 | Med One 517 US 31 North Greenwood, IN 46142 | Med One | Equipment Lease | | | | $575,000.00 |
| 5 | Pablo Villarreal Jr., PCC Hidalgo County Tax Assessor P.O. Box 178 Edinburg, TX 78540 | Pablo Villarreal Jr., PCC | Supplies, Furniture, Fixtures Equipment & Vehicles; City of McAllen and Hidalgo County | | | | $16,057.02 |
| 6 | Santander 734 Walt Whitman Road Melville, NY 11747 | Santander (631) 439-1266 | Vehicle Lease | | $212,800.00 | $47,950.00 | $164,850.00 |
| 7 | Stryker P.O. Box 93309 Chicago, IL 60673 | Stryker | Equipment Lease | | | | $90,692.58 |
| 8 | U.S. Bank Equipment Finance P.O. Box 790413 Saint Louis, MO 63179 | U.S. Bank Equipment Finance | Equipment Lease | | | | $120,000.00 |

Debtor    Med Care Emergency Medical Services, Inc.      Case number *(if known)* 18-70408
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | UnitedHealthcare Insurance Company<br><br>CDM/Bankruptcy<br>185 Asylum Street<br>Hartford, CT 06103 | UnitedHealthcare Insurance Company<br>(860) 702-5410 | Insurance claims over payments not refunded | Disputed | | | $21,125.06 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Med Care Emergency Medical Services, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas, Mcallen Division |
| Case number (if known): | 18-70408 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Lone Star National Bank** | **Checking account** | **5674** | $2,735.89 |
| 3.2 **Lone Star National Bank** | **Checking account** | **6801** | $74.91 |
| 3.3 **Lone Star National Bank** | **Checking account** | **6828** | $315.18 |
| 3.4 **Wells Fargo** | **Checking account** | **6751** | $11,470.67 |
| 3.5 **Wells Fargo** | **Checking account** | **6850** | $0.00 |
| 3.6 **Wells Fargo** | **Checking account** | **0519** | $65,508.53 |

4. **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)
**None**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $80,105.18 |
|---|

## Part 2:  Deposits and prepayments

Debtor  **Med Care Emergency Medical Services, Inc.**                    Case number *(if known)* **18-70408**
        Name

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    _____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts Receivable**

| | face amount | | doubtful or uncollectible accounts | | | Current value |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$6,560,700.90** | - | **$3,608,385.50** | = ...... → | | **$2,952,315.39** |
| 11b. Over 90 days old: | **$26,049,108.39** | - | **$24,862,698.03** | = ...... → | | **$1,186,410.36** |

12. **Total of Part 3**

Name

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                            $4,138,725.75

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or join venture**

Name of entity:                                    % of ownership:

**None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                          _____

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5**

     Add lines 19 through 22. Copy the total to line 84.                       _____

24.  **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** | | | |
| None | | | |
| 29.  **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| None | | | |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| None | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| None | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | |

33.  **Total of Part 6**

     Add lines 28 through 32. Copy the total to line 85.                       _____

34.  **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

| Debtor | Med Care Emergency Medical Services, Inc. | Case number (if known) | 18-70408 |
|---|---|---|---|
| | Name | | |

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Desks, chairs, filing cabinets, tables, chairs-see attached list | $4,144.00 | | $4,144.00 |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Appliances: refrigerators, microwave, coffee machine-see attached list | $479.50 | | $479.50 |
| Computer Equipment and Peripherals-see attached list | $5,603.50 | | $5,603.50 |
| **42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |

**43.  Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.                                                              $10,227.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Debtor | **Med Care Emergency Medical Services, Inc.** | Case number *(if known)* | **18-70408** |
| | Name | | |

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1   **2012 Ford E350 XL-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1F2WE3FSXCDA31724** | _____ | _____ | **$5,200.00** |
| 47.2   **2013 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDSW3FS2DDA77890** | _____ | _____ | **$6,230.00** |
| 47.3   **2013 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDWE3FS4DDA91595** | _____ | _____ | **$6,230.00** |
| 47.4   **2013 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDWE3FS9DDB21934** | _____ | _____ | **$6,230.00** |
| 47.5   **2013 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDWE3FSXDDB21926** | _____ | _____ | **$6,230.00** |
| 47.6   **2013 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDWE3FSSDDB21929** | _____ | _____ | **$6,230.00** |
| 47.7   **2013 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDWE3FS3DDB21931** | _____ | _____ | **$6,230.00** |
| 47.8   **2015 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDSW2XG4FKA82359** | _____ | _____ | **$17,000.00** |
| 47.9   **2015 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDSW2XG5FKA88459** | _____ | _____ | **$17,000.00** |
| 47.10   **2015 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDSW2XG1FKA88460** | _____ | _____ | **$17,000.00** |
| 47.11   **2015 Ford E350 Cut-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDWE3FS6FDA29201** | _____ | _____ | **$17,000.00** |
| 47.12   **2015 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDSW2XGXFKB23271** | _____ | _____ | **$17,625.00** |
| 47.13   **2015 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDSW2XG3FKB33088** | _____ | _____ | **$17,000.00** |
| 47.14   **2016 Ford E350-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDBW2XG2GKA18936** | _____ | _____ | **$19,875.00** |
| 47.15   **2016 Ford T250-LEASED-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDYR2CGXKA50377 Leased Vehicle** | _____ | _____ | **$9,325.00** |
| 47.16   **2016 Ford T250-LEASED-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDYR2CG9GKA65128 Leased Vehicle** | _____ | _____ | **$9,575.00** |
| 47.17   **2016 Ford Transit-LEASED-Modified & Upgraded for Ambulance Transport**<br>      **VIN: 1FDYR2CG2GKA68663 Leased Vehicle** | _____ | _____ | **$8,850.00** |

| | | | | |
|---|---|---|---|---|
| 47.18 | **2016 Ford Medix-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDYR2CG7GKA68657 | _____ | _____ | **$8,850.00** |
| 47.19 | **2016 Ford Medix-Leased-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDYR2CG4GKA96609 Leased Vehicle | _____ | _____ | **$8,850.00** |
| 47.20 | **2016 Ford E350-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG0GKA37842 | _____ | _____ | **$21,575.00** |
| 47.21 | **2016 Ford Transit Va-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG0GKB00101 | _____ | _____ | **$21,925.00** |
| 47.22 | **2016 Ford Transit Va-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG0GKB03340 | _____ | _____ | **$22,675.00** |
| 47.23 | **2017 Ford Transit-LEASED-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FCBW2XG8HKA40943 Leased Vehicle | _____ | _____ | **$23,975.00** |
| 47.24 | **2017 Ford Transit-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG0HKA52861 | _____ | _____ | **$23,975.00** |
| 47.25 | **2017 Ford Transit-LEASED-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG6HKA68773 Leased Vehicle | _____ | _____ | **$23,975.00** |
| 47.26 | **2017 Ford E150-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG7HKA74002 | _____ | _____ | **$21,150.00** |
| 47.27 | **2017 Ford Transit E350-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG9HKB35995 | _____ | _____ | **$24,750.00** |
| 47.28 | **2017 Ford Transit E350-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG0HKB35996 | _____ | _____ | **$24,750.00** |
| 47.29 | **2017 Ford Transit-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG2HKB48930 | _____ | _____ | **$28,375.00** |
| 47.30 | **2017 Ford Transit-Modified & Upgraded for Ambulance Transport**<br>VIN: 1FDBW2XG0HKB51390 | _____ | _____ | **$28,925.00** |
| 47.31 | **2013 Ford F150**<br>VIN: 1FTMF1CM0EFA61812 | _____ | _____ | **$11,250.00** |
| 47.32 | **2008 Ford F150**<br>VIN: 1FTRW12W28FA95439 | _____ | _____ | **$8,950.00** |
| 47.33 | **2017 Dodge Ram/1500**<br>VIN: 3C6RR6LT8HG510584 | _____ | _____ | **$21,975.00** |
| 47.34 | **2017 Dodge Ram/1500**<br>VIN: 1C6RR6LG6HS506321 | _____ | _____ | **$30,250.00** |
| 47.35 | **2016 Ford Transit-Modified & Upgraded for Ambulance Transport**<br>VIN: NM0GE9E72G1267748 | _____ | _____ | **$12,775.00** |
| 48. | **Watercraft, trailers, motors, and related accesories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vesels<br>**None** | | | |
| 49. | **Aircraft and accesories**<br>**None** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor   **Med Care Emergency Medical Services Inc.**          Case number *(if known)* **18-70408**
         Name

| | | | | |
|---|---|---|---|---|
| 50.1 | **Shop equipment used in repair and maintenance of vehicles** | $3,437.00 | | $3,437.00 |

**51.  Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                              $565,217.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:** Real Property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment, or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | **Station 9** | **Lease** | | | |
| 55.2 | **Station 4** | **Lease** | | | |
| 55.3 | **Station 3** | **Lease** | | | |
| 55.4 | **Station 2** | **Lease** | | | |
| 55.5 | **Main Station & Office** | **Lease** | | | |

**56.  Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any addition sheets. Copy the total to line 88.          $0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:** Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

Debtor  **Med Care Emergency Medical Services Inc.**    Case number *(if known)* **18-70408**
　　　　Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 　　None | | | |
| 61. **Internet domain names and websites** | | | |
| 　　https://medcare-ems.com | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 　　Texas Department of State Health Services EMS Provider License #300112 | | | |
| 　　DEA Registration #MM1105243 | | | |
| 　　Clinical Laboratory Improvement Amendments ID#45D1029446 | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 　　None | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 　　None | | | |
| 65. **Goodwill** | | | |
| 　　None | | | |

66. **Total of Part 10**
　　Add lines 60 through 65. Copy the total to line 89.　　　　　　　　　　　　　　　　　$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:　All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**
　　Description (include name of obligor)

| | | | | |
|---|---|---|---|---|
| 　Hidalgo County Emergency Services District 4 | $20,000.00 Total face amount | − | doubtful or uncollectible amount | = ➔ $20,000.00 |

Debtor   **Med Care Emergency Medical Services, Inc.**          Case number (if known) **18-70408**
           Name

---

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   **None**
   _____

73. **Interests in insurance policies or annuities**

   **None**
   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **See A/R past 90 days**
   _____    _____

   Nature of claim          _____

   Amount requested        _____

   **Dual Eligibility claim against State of Texas for 2015**                                    $900,000.00
   _____    _____

   Nature of claim          _____

   Amount requested        **$900,000.00**
                           _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including**
    **counterclaims of the debtor and rights to set off claims**

   **None**
   _____

76. **Trusts, equitable or future interests in property**

   **None**
   _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **Vipers Arena Suite - Contract for $68,749.98. Have paid $34,374.99. Balance owed $34,374.99**
   _____    _____

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.                              | $920,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $80,105.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,138,725.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |

Debtor   **Med Care Emergency Medical Services, Inc.**                    Case number *(if known)* **18-70408**
         Name

| | | | |
|---|---|---|---|
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,227.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $565,217.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*.................................➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $920,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column... 91a. | $5,714,274.93 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ | | $5,714,274.93 |

MED-CARE EMERGENCY MEDICAL SERVICES INC.

LIST OF FURNITURES

| DESCRIPTION | PURCHASE DATE | CONDITION | CURRENT VALUE |
|---|---|---|---|
| File Cabinets | | FAIR | $140.00 |
| 3 Drawer Rolling Desk | | FAIR | $70.00 |
| 4' Adjustable Folding Table White | | GOOD | $35.00 |
| Blue Dialysis Chair (folds to bed) | | FAIR | $140.00 |
| Wooden Shelf | | GOOD | $35.00 |
| Chairs | | FAIR | $105.00 |
| Couch | | FAIR | $70.00 |
| Desk (15) | 2015 | POOR | $175.00 |
| Fan | | POOR | $70.00 |
| Lockers | | FAIR | $28.00 |
| Metal Shelf | | POOR | $28.00 |
| Phone Desk | | FAIR | $14.00 |
| Rocker/Recliner | | POOR | $49.00 |
| Shelves – Large Metal | | FAIR | $35.00 |
| Sofa | | GOOD | $49.00 |
| Stacher w/ Arm Chair | 2004 | GOOD | $21.00 |
| Tables | | FAIR | $70.00 |
| Tables – Glass Wood | | FAIR | $175.00 |
| Twin Mattess/Box Spring | 2014 | POOR | $105.00 |
| Twin Mattess/Box Spring Lonestar Bedding | | FAIR | $105.00 |
| Watson Furniture Dispatch Console 5 piece | 2005 | POOR | $2,100.00 |
| Wood Stand | | FAIR | |
| Wooden Cabinets | | GOOD | $70.00 |
| Wooden Closet/Bed | | FAIR | $105.00 |
| Wooden Conference Table | 2004 | GOOD | $350.00 |
| | | | $4,144.00 |

EXHIBIT
Sched A/B
#39

## MED-CARE EMERGENCY MEDICAL SERVICES INC.

### LIST OF APPLIANCES

| DESCRIPTION | PURCHASE DATE | CONDITION | CURRENT VALUE |
|---|---|---|---|
| Refrigerator | | POOR | $70.00 |
| Small Refrigerator | | FAIR | $70.00 |
| Refrigerator | | FAIR | $140.00 |
| Microwave | | POOR | $52.50 |
| Coffee Machine | | FAIR | $7.00 |
| Galanz Refrigerator | | FAIR | $35.00 |
| Whirlpool Refrigerator | | FAIR | $105.00 |
| | | | $479.50 |



EXHIBIT
Sched A/B
# 41 Appliances

MED-CARE EMERGENCY MEDICAL SERVICES INC.

BUSINESS EQUIPMENT

| DESCRIPTION | PURCHASE DATE | CONDITION | CURRENT VALUE |
|---|---|---|---|
| 24 Port CAT 5 Builder IBDN | | FAIR | $3.50 |
| 3 Com 48 Port Switch | | GOOD | $3.50 |
| 3 Hole Puncher | | BROKEN | $3.50 |
| 48 Port CAT 5 Builder IBDN | | GOOD | $17.50 |
| ACTAR 911 INFANTRY Mannequin (Infant) 2 Bags | | FAIR | $105.00 |
| ACTAR 911 SQUADRON Adult CPR Mannequin | | FAIR | $70.00 |
| Adult Intubation Model Laerdal Airway Management Trainer | | GOOD | $17.50 |
| APC Power Array (Battery Backup for Building) 1 plus a rack | | FAIR | $17.50 |
| APC Power Array (Turned off/ needs battery) | | FAIR | $17.50 |
| Backup Phones - Emerson | | FAIR | $31.50 |
| Calculator Royal | | POOR | $0.00 |
| Casualty Simulation Kit | | NEW | |
| Clock / Radio | | GOOD | $2.80 |
| Computer | | FAIR | $105.00 |
| Computer (2) | | FAIR | $140.00 |
| Computer - Dell OPTIPLEX3020 | | GOOD | $525.00 |
| Computer Hard Drive - Dell | | FAIR | $105.00 |
| Computer Monitor | | POOR | $35.00 |
| Computer Monitor | | FAIR | $35.00 |



| | | |
|---|---|---|
| Computer Monitor | GOOD | $35.00 |
| Computer Monitor | POOR | $52.50 |
| Computer Monitor | FAIR | $28.00 |
| Computer Speaker | FAIR | $17.50 |
| Console - Zetron | POOR | $3.50 |
| Copier | GOOD | $70.00 |
| Copier/FAX/Scanner-MFX | GOOD | $70.00 |
| Desktop Calculator - Canon | FAIR | $3.50 |
| Dictaphone Recording System | FAIR | $7.00 |
| DVD Video - Magnavox | POOR | $17.50 |
| Electric Pencil Sharpner Hunt Corp. 120V | POOR | $3.50 |
| EMD Protocol License# C00003015EM | FAIR | $3.50 |
| Hard Drive | GOOD | $35.00 |
| Hole Puncher | FAIR | $1.40 |
| ICC 48 Port (2) CAT 5 | GOOD | $7.00 |
| IT Cabinet & Server Voice Print 4FT Dell | FAIR | $140.00 |
| IT Cabinets 6FT (IBM) - Black | FAIR | $105.00 |
| IT Cabinets 6FT Generic (2) | POOR | $28.00 |
| Keyboard - Logitech (4) | POOR | $7.00 |
| Keyboard - Logitech | POOR | $7.00 |
| Keyboard - Microsoft | FAIR | $7.00 |
| Keyboard Wave - Logitech | FAIR | $7.00 |
| Keyboard - Dell | FAIR | $7.00 |
| Laerdal Little Anne CPR Training Mannequin | GOOD | $10.50 |
| Laptop - Dell Inspiron N4110 (5) | FAIR | $105.00 |
| Laptop - Dell | FAIR | $210.00 |
| Laptop - Dell (2) | FAIR | $140.00 |
| Laptop - Dell Inspiron | POOR | $35.00 |
| Laptop - Dell Inspiron N4110 (3) | FAIR | $140.00 |

| | | |
|---|---|---|
| Laptop - Gateway | FAIR | $105.00 |
| Laptop MC-MOB3 | POOR | $175.00 |
| Medical Plastics Laboratory | | |
| Professional Health Educatory | | |
| (2 Infant Mannequins) | FAIR | $70.00 |
| Mobile Radio | GOOD | $70.00 |
| Mobile Radio | GOOD | $70.00 |
| Mobile Radio (New System) | GOOD | $140.00 |
| Mobile Radio (New System) | GOOD | $140.00 |
| Mobile Radio | | |
| Old Hospital Radio | FAIR | $70.00 |
| Mobile Radio - Motorola CM 300 | FAIR | $70.00 |
| Moulage Kit | | |
| 2 sets of Pedi Legs | | |
| 2 sets of Pedi Arms | | |
| Sets of Oral Face | | |
| 1 arm | | |
| 5 Replacement patches for | | |
| mannequin | GOOD | $17.50 |
| Mouse -Logitech | POOR | $7.00 |
| Mouse -Logitech | POOR | $7.00 |
| Mouse -Logitech (5) | POOR | $7.00 |
| Mouse - Wireless | FAIR | $7.00 |
| Mouse - Wireless | FAIR | $7.00 |
| Mouse - Wireless Microsoft | FAIR | $7.00 |
| Phone | POOR | $0.00 |
| Phone - Avaya Multiline (2) | POOR | $0.00 |
| Phone - Avaya (3) | FAIR | $0.00 |
| Phone - Lucent | GOOD | $0.00 |
| Phone - Lucent Multiline | FAIR | $0.00 |
| Phone - Lucent Multiline | GOOD | $0.00 |
| Phone System | POOR | $0.00 |
| Phone - Wireless Lucent | FAIR | $0.00 |

| | | |
|---|---|---|
| Power Heart AED Trainer | | |
| Power Heart AED Trainer | | |
| Unit Cardiac Science | GOOD | $0.00 |
| Printer - Brother | GOOD | $105.00 |
| Printer - Brother | GOOD | $105.00 |
| Printer - Brother | FAIR | $140.00 |
| Printer - Brother (3) | FAIR | $7.00 |
| Printer - HP Color Laser Jet (2) | FAIR | $105.00 |
| Printer - HP Color Laser Jet | FAIR | $105.00 |
| Projector (2) | GOOD | $10.50 |
| Projector Model - INFOCUS | FAIR | $10.50 |
| Racks for Telephone & Network (2) | POOR | $70.00 |
| Recording System - Digi View (Server) | GOOD | $70.00 |
| Safe | FAIR | $70.00 |
| Safe - Sentry Fireproof | FAIR | $17.50 |
| Server - Dell | N/A | $210.00 |
| Server - MCE-SHW-23 | FAIR | $140.00 |
| Server (unknown) | POOR | $10.50 |
| Speakers - Altec Lansing | FAIR | $7.00 |
| Stapler | FAIR | $1.40 |
| Stapler (2) | FAIR | $1.40 |
| STAT Simulator Full Body | FAIR | $0.00 |
| Surge Protector for DVR | FAIR | $0.00 |
| Tablets - Verizon ( ) | FAIR | $70.00 |
| Television - DYNEX | FAIR | $105.00 |
| Touchsmart Radio Screens | FAIR | $280.00 |
| VEGA IP Converting Radio to Comp. | GOOD | $70.00 |
| Walkie-Talkie Two Way Radio | GOOD | $35.00 |
| WNL Products Practi-Trainer | | |
| Universal AED Trainer | GOOD | $350.00 |
| | | $5,603.50 |

Fill in this information to identify the case:

Debtor name _____ Med Care Emergency Medical Services, Inc. _____

United States Bankruptcy Court for the:

_____ Southern District of Texas, Mcallen Division _____

Case number (if known): _____ 18-70408 _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $126,785.01 | $36,600.00 |
|---|---|---|---|
| Advantage Funding | 2016 Ford T250-LEASED-Modified & Upgraded for Ambulance Transport Leased Vehicle | | |
| **Creditor's mailing address** | 2016 Ford T250-LEASED-Modified & Upgraded for Ambulance Transport Leased Vehicle | | |
| One Marcus Avenue | 2016 Ford Transit-LEASED-Modified & Upgraded for Ambulance Transport Leased Vehicle | | |
| Lake Success, NY 11042 | 2016 Ford Medix-Leased-Modified & Upgraded for Ambulance Transport Leased Vehicle | | |
| **Creditor's email address, if known** | | | |

**Date debt was incurred** _____

**Last 4 digits of account number**     0   2   3   3

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**
Vehicle Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                $1,179,155.50

Debtor   Med Care Emergency Medical Services, Inc.   Case number (if known) 18-70408

Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

**Creditor's name**

Ally

**Creditor's mailing address**

P.O. Box 9001948

Louisville, KY 40290

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   **0   7   4   0**

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines _2.2_

**Describe debtor's property that is subject to a lien**

2017 Dodge Ram/1500

**Describe the lien**

Lien on titles

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$27,682.00 | $21,975.00

---

**2.3**

**Creditor's name**

Ally

**Creditor's mailing address**

P.O. Box 9001948

Louisville, KY 40290

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines _2.3_

**Describe debtor's property that is subject to a lien**

2017 Dodge Ram/1500

**Describe the lien**

Lien on title

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$26,195.91 | $30,250.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      

Debtor    Med Care Emergency Medical Services, Inc.        Case number (if known) 18-70408
         Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** Creditor's name

Med One

Creditor's mailing address

517 US 31 North

Greenwood, IN 46142

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        C a r e

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien        $575,000.00        $0.00

Describe the lien

Equipment Lease

Is the creditor an insider or related party?

☑ No

☐ Yes.

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** Creditor's name

NDS Leasing

Creditor's mailing address

2825 Story Rd W.

Irving, TX 75038

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien        unknown        $0.00

Describe the lien

Equipment Lease

Is the creditor an insider or related party?

☑ No

☐ Yes.

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 3 Copy Machines

Debtor    Med Care Emergency Medical Services, Inc.          Case number (if known)  18-70408
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6**

**Creditor's name**
Santander

**Creditor's mailing address**
734 Walt Whitman Road 304
Melville, NY 11747

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**For Asset:**
**2017 Ford Transit-LEASED-Modified & Upgraded for Ambulance Transport**
**Leased Vehicle**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.6

**For Asset:**
**2017 Ford Transit-LEASED-Modified & Upgraded for Ambulance Transport**
**Leased Vehicle**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.6

**Describe debtor's property that is subject to a lien**
2017 Ford Transit-LEASED-Modified & Upgraded for Ambulance Transport
Leased Vehicle

2017 Ford Transit-LEASED-Modified & Upgraded for Ambulance Transport
Leased Vehicle

**Describe the lien**
Vehicle Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$212,800.00          $47,950.00

| Debtor | Med Care Emergency Medical Services, Inc. | Case number (if known) 18-70408 |
|---|---|---|
| | Name | |

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.7** Creditor's name

Signature

Creditor's mailing address

225 Broad Hollow Road

Melville, NY 11747

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Have you already specified the relative priority?

**For Asset:**
**2016 Ford Transit Va-Modified & Upgraded for Ambulance Transport**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.7

**For Asset:**
**2016 Ford Transit Va-Modified & Upgraded for Ambulance Transport**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.7

Describe debtor's property that is subject to a lien

2016 Ford Transit Va-Modified & Upgraded for Ambulance Transport

2016 Ford Transit Va-Modified & Upgraded for Ambulance Transport

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes.

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | unknown | $44,600.00 |

---

**2.8** Creditor's name

Stryker

Creditor's mailing address

P.O. Box 93309

Chicago, IL 60673

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number  1  1  0  1

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien

Describe the lien

Equipment Lease

Is the creditor an insider or related party?

☑ No

☐ Yes.

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $90,692.58 | $0.00 |

---

Debtor   Med Care Emergency Medical Services, Inc.            Case number (if known) 18-70408
        Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9**

**Creditor's name**

U.S. Bank Equipment Finance

**Creditor's mailing address**

P.O. Box 790413

Saint Louis, MO 63179

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**      5   1   2   5

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**          $120,000.00          $0.00

**Describe the lien**

Equipment Lease

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Med Care Emergency Medical Services, Inc. | Case number (if known) 18-70408 |
|---|---|---|
| | Name | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | | |
| _____ | Line ____ | ____ ____ ____ ____ |
| _____ | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Med Care Emergency Medical Services, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas, Mcallen Division |
| Case number (if known): | 18-70408 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | | | |
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | | | |

| Debtor | **Med Care Emergency Medical Services, Inc.** | Case number *(if known)* 18-70499 |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Pablo Villarreal Jr., PCC

Hidalgo County Tax Assessor

P.O. Box 178

Edinburg, TX 78540

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplies, Furniture, Fixtures Equipment & Vehicles; City of McAllen and Hidalgo County

Is the claim subject to offset?
☑ No
☐ Yes

$16,057.02

**3.2** Nonpriority creditor's name and mailing address

UnitedHealthcare Insurance Company

CDM/Bankruptcy

185 Asylum Street 03B

Hartford, CT 06103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Insurance claims over payments not refunded

Is the claim subject to offset?
☑ No
☐ Yes

$21,125.06

**3.3** Nonpriority creditor's name and mailing address

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   **Med Care Emergency Medical Services, Inc.**                    Case number *(if known)*   **18-70408**
         Name

<table>
<tr><td style="background:black;color:white">**Part 4:**</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $37,182.08 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $37,182.08 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Med Care Emergency Medical Services, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas, Mcallen Division |
| Case number (if known): | 18-70408        Chapter ___11___ |

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Emergency Medical Services | City of Alamo, Texas |
| | | Contract to be ASSUMED | City Manager |
| | **State the term remaining** | 0 months | 420 N. Tower Road |
| | **List the contract number of any government contract** | | Alamo, TX 78516 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Emergency Medical Services | City of McAllen |
| | | Contract to be ASSUMED | City of McAllen Fire Department |
| | **State the term remaining** | 0 months | P.O. Box 220 |
| | **List the contract number of any government contract** | | Mcallen, TX 78505 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Emergency Medical Services | City of Mercedes, Texas |
| | | Contract to be ASSUMED | 400 South Ohio |
| | **State the term remaining** | 0 months | Mercedes, TX 78570 |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Emergency Medical Services | City of Mission |
| | | Contract to be ASSUMED | Fire Chief |
| | **State the term remaining** | 0 months | 415 W. Landry Street |
| | **List the contract number of any government contract** | | Mission, TX 78572 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Emergency Medical Services | City of San Juan |
| | | Contract to be ASSUMED | 709 S. Nebraska |
| | **State the term remaining** | 0 months | San Juan, TX 78589 |
| | **List the contract number of any government contract** | | |

| Debtor | Med Care Emergency Medical Services, Inc. | Case number *(if known)* 18-70408 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest: 200-M Ease Expressway, Pharr, TX; Contract to be ASSUMED<br>State the term remaining: 0 months<br>List the contract number of any government contract: | Ray, Audie E.<br>3100 Colbath Road<br>Mcallen, TX 78503 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest: 4220 N. Bicentennial, Ste. F, McAllen, TX; Contract to be ASSUMED<br>State the term remaining: 0 months<br>List the contract number of any government contract: | Greater Good Real Estate<br>4220 N. Bicentennial A<br>McAllen, TX |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest: 1200 Dunlap Ave, Ste. C, Mission, TX; Contract to be ASSUMED<br>State the term remaining: 0 months<br>List the contract number of any government contract: | Leal, Ricardo<br>308 N. Conway Ave. 6<br>Mission, TX 78572 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest: Emergency Medical Services; Contract to be ASSUMED<br>State the term remaining: 0 months<br>List the contract number of any government contract: | City of Hidalgo<br>City Manager<br>704 East Texano Drive<br>Hidalgo, TX 78557 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest: Emergency Medical Services; Contract to be ASSUMED<br>State the term remaining: 0 months<br>List the contract number of any government contract: | Doctors Hospital at Renaissance<br>Susan Turley<br>5501 S. McColl<br>Edinburg, TX 78539 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest: Emergency Medical Services; Contract to be ASSUMED<br>State the term remaining: 0 months<br>List the contract number of any government contract: | Gulf Coast Division, Inc.<br>Division President<br>3737 Buffalo Speedway<br>Houston, TX 77098 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest: Emergency Medical Services; Contract to be ASSUMED<br>State the term remaining: 0 months<br>List the contract number of any government contract: | Hidalgo County Emergency Services District #4<br>P.O. Box 936<br>Alamo, TX 78516 |

Debtor   Med Care Emergency Medical Services, Inc.
         Name

Case number *(if known)*  18-70408

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**

**State what the contract or lease is for and the nature of the debtor's interest**

Emergency Medical Services

Contract to be ASSUMED

**State the term remaining**   0 months

**List the contract number of any government contract**

Knapp Medical Center

1401 E. 8th St

Weslaco, TX 78596

**2.14**

**State what the contract or lease is for and the nature of the debtor's interest**

Emergency Medical Services

Contract to be ASSUMED

**State the term remaining**   0 months

**List the contract number of any government contract**

Mission Regional Medical Center

900 S. Bryan Rd

Mission, TX 78572

**2.15**

**State what the contract or lease is for and the nature of the debtor's interest**

Emergency Medical Services

Contract to be ASSUMED

**State the term remaining**   0 months

**List the contract number of any government contract**

South Texas Health System

1400 W. Trenton Rd

Edinburg, TX 78539

Debtor     Med Care Emergency Medical Services, Inc.          Case number (if known) 18-70408
           Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16**

State what the contract or lease is for and the nature of the debtor's interest

Call Center: 909 W. 495, San Juan, TX

Contract to be ASSUMED

State the term remaining          0 months

List the contract number of any government contract

Three View Plaza LLC

Oscar Santos, Melissa S. Flores and Nathan Flores

711 Toronto Ave. F#2

Mcallen, TX 78503

**2.17**

State what the contract or lease is for and the nature of the debtor's interest

Main Station & Office

Contract to be ASSUMED

State the term remaining          0 months

List the contract number of any government contract

Ontiveros Family Living Trust

303 Nightingale Blvd

Mcallen, TX 78504

**2.___**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Debtor     Med Care Emergency Medical Services, Inc.                    Case number *(if known)*  18-70408
           Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Med Care Emergency Medical Services, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas, Mcallen Division |
| Case number (if known): | 18-70408 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** — **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |
| 2.2 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |
| 2.3 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |
| 2.4 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |
| 2.5 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |

Debtor    Med Care Emergency Medical Services, Inc.        Case number (if known) 18-70408

Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____ Street _____ _____ City    State    ZIP Code | | |

| Fill in this information to identify the case: |
| --- |

| Debtor name | Med Care Emergency Medical Services, Inc. |
| --- | --- |

United States Bankruptcy Court for the:

Southern District of Texas, Mcallen Division

| Case number (if known): | 18-70408 | Chapter | 11 |
| --- | --- | --- | --- |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.......................................................................................

   $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...................................................................................

   $5,714,274.93

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.....................................................................................

   $5,714,274.93

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $1,179,155.50

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................

   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   **+** $37,182.08

4. **Total liabilities**..........................................................................................................................

   Lines 2 + 3a + 3b

   $1,216,337.58

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Med Care Emergency Medical Services, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas, Mcallen Division |
| Case number (if known): | 18-70408 |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _01/01/2018_ to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $15,305,995.00 |
| **For prior year:** | From _01/01/2017_ to  _12/31/2016_<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $14,857,718.00 |
| **For the year before that:** | From _01/01/2016_ to  _12/31/2016_<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $13,261,928.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _01/01/2018_ to  Filing date<br>MM/ DD/ YYYY | | Total Gross Revenue:<br>$0.00 |
| **For prior year:** | From _01/01/2017_ to  _12/31/2016_<br>MM/ DD/ YYYY     MM/ DD/ YYYY | | Total Gross Revenue:<br>$0.00 |
| **For the year before that:** | From _01/01/2016_ to  _12/31/2015_<br>MM/ DD/ YYYY     MM/ DD/ YYYY | | Total Gross Revenue:<br>$0.00 |

Debtor   Med Care Emergency Medical Services, Inc.                    Case number (if known)   18-70408
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**

**Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City              State     ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**

**Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City              State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____<br><br>_____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |

Debtor   Med Care Emergency Medical Services, Inc.                      Case number (if known) 18-70408
         Name

**5.**

**Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Internal Revenue Service<br>Creditor's name<br><br>P.O. Box 7346<br>Street<br><br>Philadelphia, PA 19101<br>City          State   ZIP Code | Levies to payments for earnings November 6, 2018 - November 19, 2018 | 11/06/2018 | $145,806.00 |

**6.**

**Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. Internal Revenue Service<br>Creditor's name<br><br>P.O. Box 7346<br>Street<br><br>Philadelphia, PA 19101<br>City          State   ZIP Code | Levies to payments for earnings November 6, 2018 - November 19, 2018<br><br>XXXX– ___ ___ ___ ___ | 11/06/2018 | $145,805.86 |

**Part 3:    Legal Actions or Assignments**

**7.**

**Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br>_____ | _____ | Name _____<br>Street _____<br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page 3

Debtor   Med Care Emergency Medical Services, Inc.
Name

Case number (if known) 18-70408

**8.**

**Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City        State     ZIP Code | Case number | Street |
| | | | City        State     ZIP Code |
| | | Date of order or assignment | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.**

List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Alamo Lions Club | | 06/06/2018 | $1,160.00 |
| | Recipient's name | | 6/27/18 | |
| | Street | | | |
| | City        State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Boys and Girls Club | | 7/13/17 | $4,550.00 |
| | Recipient's name | | 2/1/18 | |
| | Street | | 4/25/18 | |
| | City        State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

Debtor    Med Care Emergency Medical Services, Inc.      Case number (if known) 18-70408
       Name

| 9.3. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Capable Kids Foundation | | 10/13/17 | $1,250.00 |
| | Recipient's name | | | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| 9.4. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | CASA of Hidalgo | | 7/25/18 | $5,000.00 |
| | Recipient's name | | | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| 9.5. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Celia Garcia | | 12/8/16 | $1,350.00 |
| | Recipient's name | | 12/20/17 | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| 9.6. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Fishing for Hope | | 8/1/17 | $2,750.00 |
| | Recipient's name | | 8/15/17 | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

Debtor    Med Care Emergency Medical Services, Inc.    Case number (if known) 18-70408
          Name

| 9.7. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Fred Rodriguez | | 8/16/17 | $1,000.00 |
| | Recipient's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.8. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | McAllen ISD Band Boosters | | 08/18/2017 | $1,600.00 |
| | Recipient's name | | 9/16/18 | |
| | | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.9. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | McAllen Prayer Organ | | 4/1/18 | $1,000.00 |
| | Recipient's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.10. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Mission Sister Cities Commit | | 12/8/17 | $2,000.00 |
| | Recipient's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.11. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Monica Trevino | | 8/3/18 | $1,000.00 |
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.12. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Rodrigo Castillo | | 10/16/17 | $3,500.00 |
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.13. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Sona Faz de Garza | | 10/29/18 | $1,000.00 |
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.14. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Jesus F Vallejo Jr | | 2/9/18 | $1,000.00 |
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

**Part 5:**    Certain Losses

**10.**

**All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    Med Care Emergency Medical Services, Inc.    Case number (if known) 18-70408
          Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.   2016 Ford Transit Vin# 1FDYR2CG6GKA65135<br>Auto Accident | 9744.57-Paid off note | 07/18/2018 | $9,744.57 |

## Part 6:  Certain Payments or Transfers

**11.**

**Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1.   Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
|   Villeda Law Group | Check#2786 | 11/2/2017 | $3,265.75 |
| | Check#2851 | 01/15/2018 | $1,403.00 |
| **Address** | Check#2835 | 03/21/2018 | $5,000.00 |
|   6316 N. 10th Street Bldg. B | Check#2804 | 04/09/2018 | $5,000.00 |
| Street | Check#2866 | 02/16/2018 | $3,662.00 |
| | Cash | 08/02/2018 | $3,000.00 |
|   Mcallen, TX 78504 | | | |
| City        State     ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
|   Candelario Ontiveros | | | |

Debtor    Med Care Emergency Medical Services, Inc.        Case number (if known) 18-70408
          Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Villeda Law Group | Check#31939 | 06/19/2018 | $3,500.00 |
| | | Check#32021 | 08/08/2018 | $4,000.00 |
| | **Address** | Check#32211 | 11/07/2018 | $5,000.00 |
| | 6316 N. 10th Street Bldg B | | | |
| | Street | | | |
| | | | | |
| | Mcallen, TX 78504 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Med-Care Ambulance | | | |

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Villeda Law Group | Check#0225 | 11/19/2018 | $13,236.12 |
| | **Address** | | | |
| | 6316 N. 10th Street Bldg B | | | |
| | Street | | | |
| | | | | |
| | Mcallen, TX 78504 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Law Office of Reynaldo Ortiz | | | |

**12.**

**Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    Med Care Emergency Medical Services, Inc.    Case number (if known) 18-70408

Name

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13.**

**Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

| Part 7: | Previous Locations |
|---|---|

**14.**

**Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| Street | |
| City        State    ZIP Code | |

Debtor _____ Med Care Emergency Medical Services, Inc. _____    Case number (if known) 18-70408
       Name

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15.**

**Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16.**

**Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

Debtor     Med Care Emergency Medical Services, Inc.          Case number (if known) 18-70408
           Name

**17.**

Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.**

**Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____<br>Name<br>_____<br>Street<br>_____<br>City     State   ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

Debtor    Med Care Emergency Medical Services, Inc.        Case number (if known)  18-70408
                Name

**19.**

**Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State    ZIP Code | | | |

**20.**

**Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State    ZIP Code | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.**

**Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    Med Care Emergency Medical Services, Inc.                    Case number (if known)   18-70408
          Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22.**

**Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

Debtor   Med Care Emergency Medical Services, Inc.   Case number (if known) 18-70408
         Name

**23.**

**Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

**24.**

**Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.**

**Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Med Care Emergency Medical Services, Inc.                    Case number (if known) 18-70408
          Name

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

_____         _____         EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___
Name

_____                                            | Dates business existed |
Street

_____                                            From _____ To _____

_____
City         State    ZIP Code

**26.**

**Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.   Roberto Rodriguez
         _____         From _____   To _____
         Name

         8600 N. 20th Street
         _____
         Street

         _____

         Mcallen, TX 78504
         _____
         City         State        ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.   Morin Business Service
         _____         From _____   To _____
         Name

         3603 Ida Street
         _____
         Street

         _____

         Edinburg, TX 78539
         _____
         City         State        ZIP Code

| Name and address | Dates of service |
|---|---|

26a.3.   Rolando Flores
         _____         From _____   To _____
         Name

         729 N. Ware Rd
         _____
         Street

         _____

         Mcallen, TX 78501
         _____
         City         State        ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a
       financial statement within 2 years before filing this case.

       ☐ None

Debtor  Med Care Emergency Medical Services, Inc.                Case number *(if known)* 18-70408
        Name

| Name and address | Dates of service |
|---|---|
| 26b.1. Roberto Rodriguez | From _____  To _____ |
| Name | |
| 8600 N. 20th Street | |
| Street | |
| | |
| McAllen, TX 78504 | |
| City                    State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. Morin Business Service | From _____  To _____ |
| Name | |
| 3603 Ida Street | |
| Street | |
| | |
| Edinburg, TX 78539 | |
| City                    State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.3. Rolando Flores | From _____  To _____ |
| Name | |
| 729 N. Ware Rd | |
| Street | |
| | |
| Mcallen, TX 78501 | |
| City                    State          ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Roberto Rodriguez | _____ |
| Name | _____ |
| 8600 N. 20th Street | |
| Street | |
| | |
| Mcallen, TX 78504 | |
| City                    State          ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Morin Business Service | _____ |
| Name | _____ |
| 3603 Ida Street | |
| Street | |
| | |
| Edinburg, TX 78539 | |
| City                    State          ZIP Code | |

Debtor    Med Care Emergency Medical Services, Inc.    Case Number (if known) 18-70408
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.3. | Rolando Flores | |
| | Name | |
| | 729 N. Ware Rd | |
| | Street | |
| | Mcallen, TX 78501 | |
| | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | See secured creditors -Schedule D |
| | Name |
| | Street |
| | . |
| | City          State          ZIP Code |

**27.**

**Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | |
| | Name |
| | Street |
| | City          State          ZIP Code |

**28.**

List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor   Med Care Emergency Medical Services, Inc.          Case number (if known) 18-70408
         Name

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Candelario Ontiveros | 303 Nightingale Ave Mcallen, TX 78504 | President, | 100.00 % |
| Veronica Ontiveros | 303 Nightingale Ave Mcallen, TX 78504 | Vice President, | 0.00% |

**29.**

**Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | . _____ | From _____<br>To _____ |

**30.**

**Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____ | _____ | _____ |
| | Relationship to debtor | | | |
| | _____ | | | |

Debtor    Med Care Emergency Medical Services, Inc.                    Case number (if known)   18-70408
      Name

**31.**

**Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.**

**Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:**   Signature and Declaration

Debtor    Med Care Emergency Medical Services, Inc.                    Case number (if known)   18-70408
          Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/5/2018 3:17:02 PM
             MM/   DD/   YYYY


**X** _____/s/ Candelario Ontiveros_____
     Signature of individual signing on behalf of the debtor


     Position or relationship to debtor
     _____President_____


Printed name _____Candelario Ontiveros_____


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**

Med Care Emergency Medical Services, Inc.                              Case No.  18-70408

                                                                       Chapter          11

**Debtor(s)**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . | $15,000.00 |
| Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . | $13,236.12 |
| Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,763.88 |

2.  The source of the compensation to be paid to me was:
    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 12/05/2018 | /s/ Antonio Villeda |
| *Date* | *Signature of Attorney* |
| | Villeda Law Group |
| | *Name of law firm* |

Advantage Funding
One Marcus Avenue
Lake Success, NY 11042

Ally
P.O. Box 9001948
Louisville, KY 40290

City of Alamo, Texas
City Manager
420 N. Tower Road
Alamo, TX 78516

City of Hidalgo
City Manager
704 East Texano Drive
Hidalgo, TX 78557

City of McAllen
City of McAllen Fire Department
P.O. Box 220
Mcallen, TX 78505

City of Mercedes, Texas
400 South Ohio
Mercedes, TX 78570

City of Mission
Fire Chief
415 W. Landry Street
Mission, TX 78572

City of San Juan
709 S. Nebraska
San Juan, TX 78589

Doctors Hospital at
Renaissance
Susan Turley
5501 S. McColl
Edinburg, TX 78539


Fire Chief
Alamo Fire Department
415 N. Tower Road
Alamo, TX 78516


Greater Good Real Estate
4220 N. Bicentennial A
McAllen, TX


Gulf Coast Division, Inc.
Division President
3737 Buffalo Speedway
Houston, TX 77098


Hidalgo County Emergency
Services District #4
P.O. Box 936
Alamo, TX 78516


Internal Revenue Service
Bankruptcy Specialist
Keri Templeton
300 E. 8th Street, M/S5026-AUS
Austin, TX 78701


Knapp Medical Center
1401 E. 8th St
Weslaco, TX 78596


Ricardo Leal
308 N. Conway Ave. 6
Mission, TX 78572

Legal Department
Operations Counsel, Gulf Coast Division
P.O. Box 550
Nashville, TN 37202


Med One
517 US 31 North
Greenwood, IN 46142


Mission Regional Medical
Center
900 S. Bryan Rd
Mission, TX 78572


NDS Leasing
2825 Story Rd W.
Irving, TX 75038


Ontiveros Family Living Trust
303 Nightingale Blvd
Mcallen, TX 78504


Pablo Villarreal Jr., PCC
Hidalgo County Tax Assessor
P.O. Box 178
Edinburg, TX 78540


Audie E. Ray
3100 Colbath Road
Mcallen, TX 78503


Santander
734 Walt Whitman Road 304
Melville, NY 11747

Signature
225 Broad Hollow Road
Melville, NY 11747

South Texas Health System
1400 W. Trenton Rd
Edinburg, TX 78539

Stryker
P.O. Box 93309
Chicago, IL 60673

Three View Plaza LLC
Oscar Santos, Melissa S. Flores and
Nathan Flores
711 Toronto Ave. F#2
Mcallen, TX 78503

U.S. Bank Equipment Finance
P.O. Box 790413
Saint Louis, MO 63179

UnitedHealthcare Insurance
Company
CDM/Bankruptcy
185 Asylum Street 03B
Hartford, CT 06103

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE: **Med Care Emergency Medical Services,**
**Inc.**

CASE NO 18-70408

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 12/05/2018 _____      Signature _____ /s/ Candelario Ontiveros _____
Candelario Ontiveros, President