## MED CARE EMERGENCY MEDICAL SERVICES, INC
### Statement of Assets, Liabilities & Ret. Earnings-Tax Basis
As of November 30, 2018

|  | Nov 30, 18 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       1000 · CASH-LSNB GENERAL #5674 | -64,589.50 |
|       1001 · CASH-LSNB ACCTS PAYABLE | 3,370.97 |
|       1002 · CASH-LSNB PAYROLL #6828 | -106,421.82 |
|       1008 · WELLSFARGO-LOCK BOX #6751 | 89,254.91 |
|       1010 · WELLSFARGO PAYROLL#0519 | -30,651.54 |
|       1011 · WELLSFARGO-ACCTS PAYABLE #6850 | -8,596.79 |
|       1014 · WF 7992969365 2018 BC | 5,395.19 |
|     **Total Checking/Savings** | -112,238.58 |
|     **Other Current Assets** | |
|       1345 · DUE FROM RONTO | 236,000.00 |
|       1400 · A/R EMPLOYEES | 31,194.21 |
|     **Total Other Current Assets** | 267,194.21 |
|   **Total Current Assets** | 154,955.63 |
|   **Fixed Assets** | |
|     **1500 · AMBULANCES** | |
|       U-141 · 2012 FORD E350 XL #31724 TYPE 3 | 67,475.00 |
|       U-144 · 2013 FORD E350 #77890 | 86,930.44 |
|       U-145 · 2013 FORD E350 #91595 | 86,930.44 |
|       U-146 · 2013 FORD E350 #21934 | 86,167.94 |
|       U-147 · 2013 FORD E350 #21926 | 85,424.32 |
|       U-148 · 2013 FORD E350 #21929 | 85,294.81 |
|       U-149 · 2013 FORD E350 #21931 | 86,167.94 |
|       U-150 · 2015 FORD 350 #82359 | 93,290.94 |
|       U-151 · 2015 FORD E350 #88459 | 77,251.25 |
|       U-152 · 2015 FORD E350 #88460 | 79,485.63 |
|       U-153 · 2015 FORD E350 #29201 | 79,485.63 |
|       U-154 · 2015 FORD E350 #23271 | 74,798.13 |
|       U-155 · 2015 FORD E350 #33088 | 74,798.13 |
|       U-156 · 2016 FORD E350 #18936 | 77,808.13 |
|       U-158 · 2016 FORD T250 #50377 | 87,775.00 |
|       U-159 · 2016 FORD T250 #65128 | 246,417.00 |
|       U-160 · 2016 FORD TRANSIT #68663 | 76,600.00 |
|       **WILLACY VAN EXPRESS** | 15,000.00 |
|       U-162 · 2016 FORD MEDIX #65135 | 87,775.00 |
|       U-163 · 2016 FORD MEDIX #68657 | 87,775.00 |
|       U-164 · 2016 FORD MEDIX #96609 | 87,775.00 |
|       U-165 · U-165 FORD E350 #37842 | 76,684.00 |
|       U-166 · FORD TRANSIT VA #00101 | 34,399.38 |
|       U-167 · FORD TRANSIT # | 1,425.00 |
|       U-168 · FORD TRANSIT #40913 | 7,475.00 |
|       U-169 · FORD TRANSIT #89311 | 4,675.00 |
|       U -170 · FORD TRANIST #68773 | 83,697.19 |
|       U -171 · FORD TRANSIT #74002 | 84,592.19 |
|       U -172 · FORD TRANSIT # 1 | 81,447.19 |
|       U -173 · FORD TRANSIT | 81,447.19 |

**MED CARE EMERGENCY MEDICAL SERVICES, INC**
Statement of Assets, Liabilities & Ret. Earnings-Tax Basis
As of November 30, 2018

|  | Nov 30, 18 |
|---|---:|
| U -175 · FORD TRANSIT UNIT175 | 92,894.38 |
| 1500 · AMBULANCES - Other | 96,150.58 |
| **Total 1500 · AMBULANCES** | 2,475,312.83 |
| 1510 · RESCUE UNITS | |
|   OUT OD FLEET | 24,600.00 |
|   OUT OF FLEET | 25,377.84 |
|   R-6 · 2008 FORD | 21,700.00 |
|   R-7 · DODGE 2017 RAM 1500#510584 | 18,646.74 |
|   RES 9 · RESQUE 9 | 69,732.81 |
|   SUPERVI · SUPERVISOR VEHICLE - | 23,785.02 |
|   1510 · RESCUE UNITS - Other | 870.04 |
| **Total 1510 · RESCUE UNITS** | 184,712.45 |
| 1525 · MISSION TRUCK | 34,146.65 |
| OUT OF FLEET | 17,296.00 |
| 1540 · MEDICAL EQUIPMENT | 280,124.09 |
| 1550 · DISPATCH EQUIPMENT & FURNITURE | 31,401.27 |
| 1551 · GAS TANKS | 58,121.67 |
| 1553 · RADIO & COMMUNICATION EQUIPMENT | 63,679.79 |
| 1555 · COMMUNICATION EQUIPMENT | 12,727.12 |
| 1560 · SURVEILLANCE EQUIPMENT | 19,513.00 |
| 1570 · AUTO & TRUCKS | 60,000.96 |
| 1580 · FURNITURE & FIXTURES | 174,614.64 |
| 1585 · COMPUTER & OFFICE EQUIPMENT | 108,116.35 |
| 1590 · SOFTWARE | 8,145.20 |
| 1595 · LEASHOLD IMPROVEMENTS | 38,864.00 |
| 1596 · SOUTHWEST | 15,000.00 |
| 1598 · SIGN | 2,366.06 |
| 1650 · LESS ACCUMULATED DEPRECIATION | -1,728,364.39 |
| **Total Fixed Assets** | 1,855,777.69 |
| Other Assets | |
|   1800 · DUE FROM STOCKHOLDER | 640,669.32 |
| **Total Other Assets** | 640,669.32 |
| **TOTAL ASSETS** | **2,651,402.64** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2000 · ACCOUNTS PAYABLE | -48,587.33 |
|         2001 · ACCOUNTS PAYABLE 2017 DIFF | -10,717.10 |
|       **Total Accounts Payable** | -59,304.43 |

## MED CARE EMERGENCY MEDICAL SERVICES, INC
### Statement of Assets, Liabilities & Ret. Earnings-Tax Basis
#### As of November 30, 2018

|  | Nov 30, 18 |
|---|---:|
| **Other Current Liabilities** | |
|   2100 · PAYROLL LIABILITIES | |
|     2105 · Social Security | 687,666.13 |
|     2110 · Medicare | 31,108.18 |
|     2115 · Federal Withholding | 372,760.61 |
|     2120 · Payroll Tax Deposit | -266,543.16 |
|     2122 · PAYROLL TAXES-PRIOR 2018 | -9,223.22 |
|     2126 · TWC PAYABLE | 23,903.96 |
|     2128 · FUTA PAYABLE | 23,671.69 |
|     2100 · PAYROLL LIABILITIES - Other | 705,870.29 |
|   **Total 2100 · PAYROLL LIABILITIES** | 1,569,214.48 |
| **Total Other Current Liabilities** | 1,569,214.48 |
| **Total Current Liabilities** | 1,509,910.05 |
| **Long Term Liabilities** | |
|   2538 · N/P - ADVANTAGE FUNDING 158-164 | 180,935.01 |
|   2545 · N/P - SIGNATURE UNIT 166 | 52,250.00 |
|   2546 · N/P - SIGNATURE UNIT 167 | 52,250.00 |
|   2548 · N/P - SANTANDER UNIT 168 | 52,250.00 |
|   2549 · N/P - SANTANDER UNIT 169 | 52,250.00 |
|   2556 · N/P - ALLY UNIT R-7 | 26,648.65 |
|   2557 · N/P - ALLY UNIT R-8 | 26,648.65 |
| **Total Long Term Liabilities** | 443,232.31 |
| **Total Liabilities** | 1,953,142.36 |
| **Equity** | |
|   310 · STOCKHOLDER DISTRIBUTIONS | |
|     31001 · Disribuitions | -380,960.49 |
|     31003 · FUNDS TRANSFER-CANDE | -4,000.00 |
|     31006 · PROPERTY TAXES | -8,000.00 |
|   **Total 310 · STOCKHOLDER DISTRIBUTIONS** | -392,960.49 |
|   320 · COMMON STOCK | 1,000.00 |
|   349 · LESS TREASURY STOCK | -500,000.00 |
|   350 · RETAINED EARNINGS | 1,262,480.90 |
|   351 · PRIOR PERIOD ADJ-TBA | 343,931.63 |
|   Net Income | -16,191.76 |
| **Total Equity** | 698,260.28 |
| **TOTAL LIABILITIES & EQUITY** | 2,651,402.64 |

# MED CARE EMERGENCY MEDICAL SERVICES, INC
## Statement of Revenues & Expenses-Tax Basis
### January through November 2018

|  | Jan - Nov 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · REVENUE | |
| 4010 · MEDICARE PART B | 2,670,116.40 |
| 4020 · MEDICAID | 1,025,719.81 |
| 4030 · INSURANCE & PRIVATE PAY (LSNB) | 5,719,814.52 |
| 4040 · LOCK BOX-INS & PRI PAY & FA | 5,783,552.60 |
| 4100 · GOVERNMENT SUBSIDES | 40,164.00 |
| 4120 · OTHER CONTRACTS | 366,120.78 |
| **Total 4000 · REVENUE** | 15,605,488.11 |
| **Total Income** | 15,605,488.11 |
| **Gross Profit** | 15,605,488.11 |
| **Expense** | |
| 5000 · TOTAL-SALARIES & WAGES | 9,082,900.11 |
| 5050 · TAXES-PAYROLL | |
| 5100 · PAYROLL TAXES | 722,522.91 |
| **Total 5050 · TAXES-PAYROLL** | 722,522.91 |
| 5200 · EMPLOYEES INSURANCE | |
| 5205 · HEALTH INSURANCE | 883,992.41 |
| 5220 · DENTAL INSURANCE | 23,502.88 |
| 5240 · WORKERS COMPENSATION | 43,244.37 |
| 5200 · EMPLOYEES INSURANCE - Other | 88,838.37 |
| **Total 5200 · EMPLOYEES INSURANCE** | 1,039,578.03 |
| 5320 · EMPLOYEE-EDUCATION & TRAINING | 17,785.42 |
| 6200 · VEHICLE OPERATING COST | |
| 6205 · GAS-VEHILCES | 485,494.19 |
| 6210 · LICENSES & REGISTRATION | 3,215.70 |
| 6305 · R&M-VECHICLE PARTS | 100,729.51 |
| 6310 · R&M-OIL & LUBRICANTS | 14,286.83 |
| 6320 · R&M-ACCIDENT REPAIRS | 2,457.61 |
| 6330 · R&M-VEHICLE TOWING | 1,087.78 |
| 6340 · R&M-VEHICLE BATTERIES | 165.37 |
| 6350 · R&M-VECHICLE TIRES | 30,098.39 |
| 6355 · R&M-CAR WASH | 51.96 |
| 6360 · R&M-SHOP SUPPLIES | 13,875.21 |
| 6370 · R&M-EXTERNAL LABOR COSTS | 146,992.00 |
| 6200 · VEHICLE OPERATING COST - Other | 15,761.08 |
| **Total 6200 · VEHICLE OPERATING COST** | 814,215.63 |
| 6365 · R&M-RADIO & COM REPAIR | 7,775.54 |

# MED CARE EMERGENCY MEDICAL SERVICES, INC
## Statement of Revenues & Expenses-Tax Basis
### January through November 2018

| | Jan - Nov 18 |
|---|---:|
| **6400 · MEDICAL & RX SUPPLIES** | |
| 6410 · MEDICAL SUPPLIES-RX | 382,784.95 |
| 6415 · OXYGEN | 65,942.61 |
| 6425 · HEART MONITORS LIFE PAK-M&R | 147,260.00 |
| 6430 · RECORDING SYSTEM-M&R | 4,195.48 |
| **Total 6400 · MEDICAL & RX SUPPLIES** | 600,183.04 |
| **6500 · INSURANCE** | |
| 6505 · LIABILITY GENERAL INS | 388,020.93 |
| 6510 · AUTO & TRUCK INS | 189,188.03 |
| 6500 · INSURANCE - Other | 7,822.51 |
| **Total 6500 · INSURANCE** | 585,031.47 |
| 6550 · Interest Expense | 49.65 |
| **6600 · PHONE, IPADS ETC MEDIA PRODUCTS** | |
| 6605 · TELEPHONE-LOCAL | 17,981.37 |
| 6620 · TELEPHONE-CELLULAR | 80,646.22 |
| 6632 · INTERNET ACCESS | 1,535.98 |
| 6635 · RADIO TOWER RENTAL | 9,659.26 |
| **Total 6600 · PHONE, IPADS ETC MEDIA PRODUCTS** | 109,822.83 |
| **6700 · RENT EXPENSE** | |
| 6705 · BUILDING RENT | 229,100.00 |
| 6710 · FACILITIES RENT | 63,306.83 |
| **Total 6700 · RENT EXPENSE** | 292,406.83 |
| 6720 · UTILITIES | 50,544.54 |
| 6751 · BIO HAZARD REMOVAL. | 16,887.35 |
| 6761 · FACILITIES CLEANING SVCS | 3,196.97 |
| 6781 · REPAIRS AND MAINT | 32,201.32 |
| 6791 · GROUNDS MAINTN | 9,455.42 |
| **6900 · OTHER OPERATING EXPENSES** | |
| 6905 · UNIFORMS | 40,938.97 |
| 6910 · LAUNDRY | 1,436.42 |
| 6940 · PHYSICALS | 7,703.49 |
| **Total 6900 · OTHER OPERATING EXPENSES** | 50,078.88 |
| 6960 · CAD MAINT-CONTRACT BILLING | 18,560.49 |
| 6970 · COMPUTER SERVICES & PARTS | 12,476.86 |
| 6980 · DEPRECIATION EXPENSE | 250,000.00 |
| **7100 · PROFESSIONAL** | |
| 7120 · MEDICAL DIRECTOR FEES | 49,500.00 |
| 7160 · CONSULTING FEES | 101,650.00 |
| 7170 · LEGAL FEES | 27,500.00 |
| 7190 · PROFESSIONAL FEES | 135,741.26 |
| **Total 7100 · PROFESSIONAL** | 314,391.26 |
| 7115 · ACCOUNTING | 65,187.50 |
| 7116 · BILLING SERVICES EXPENSE | 971,163.38 |

# MED CARE EMERGENCY MEDICAL SERVICES, INC
## Statement of Revenues & Expenses-Tax Basis
### January through November 2018

|  | Jan - Nov 18 |
|---|---:|
| **7200 · G&A EXPENSES** | |
| 7201 · TRAVEL-ADMIN | 143,687.80 |
| 7210 · M&E 50% DED (OUTSIDE MEALS) | 31,261.59 |
| 7211 · M&E-100% DED (IN PREMISES) | 30,877.35 |
| 7215 · EMPLOYEE PR EVENTS | 14,810.35 |
| 7300 · TRAINING, SEMINARS & SCHOOL | 60,841.82 |
| 7400 · OFFICE SUPPLIES | 52,900.64 |
| 7455 · SOFTWARE EXPENSE | 8,100.87 |
| 7500 · ADVERTISING & PROMOTIONAL | 33,798.24 |
| 7510 · BANK CHARGES - CLIENT ANALYSIS | 56,586.48 |
| 7512 · MERCHANT CREDIT CARDS FEE | 439.45 |
| 7560 · POSTAGE | 1,366.88 |
| 7580 · PRINTING | 5,914.54 |
| 7610 · SUBSCRIPTIONS & PERIODICALS | 3,399.06 |
| 7620 · CHARITABLE DONATIONS | 33,422.00 |
| 7625 · DUES & FEES | 6,113.68 |
| 7630 · SOCIAL CLUB DUES | 6,577.08 |
| 7635 · PROPERTY TAXES | 60,166.61 |
| 7640 · FRANCHISE TAXES | 5,000.00 |
| **Total 7200 · G&A EXPENSES** | 555,264.44 |
| **Total Expense** | 15,621,679.87 |
| **Net Ordinary Income** | -16,191.76 |
| **Net Income** | **-16,191.76** |